# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1591

_____

United States of America,      *
    *

    Appellee,      *

    *    Appeal from the United States

    v.      *    District Court for the

    *    Western District of Arkansas.

William Smith, Jr.,      *

    *      [UNPUBLISHED]

    Appellant.      *

_____

Submitted: July 16, 2002
Filed: July 22, 2002

_____

Before McMILLIAN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

William Smith, Jr., pleaded guilty to committing bank robbery and jeopardizing a person's life with a dangerous weapon. See 18 U.S.C. § 2113(a), (d) (2000). The District Court[1] sentenced Smith to seventy-one months of imprisonment and three years of supervised release and ordered him to pay $12,069 in restitution. On appeal, counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence is excessive. Smith has filed a pro se

---

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

supplemental brief in which he seems to criticize counsel's performance before the District Court.

Smith's allegedly excessive sentence is unreviewable on appeal because it was imposed within the applicable Guidelines range. See United States v. Woodrum, 959 F.2d 100, 101 (8th Cir. 1992) (per curiam). Smith's ineffective-assistance claim should be brought, if at all, in a 28 U.S.C. § 2255 proceeding. See United States v. Hernandez, 281 F.3d 746, 749 (8th Cir. 2002). Having reviewed the record independently under Penson v. Ohio, 488 U.S. 75 (1988), we find that there are no nonfrivolous issues.

Accordingly, we affirm. We also grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.